UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
UNITED STATES TRUSTEE, REGIONS 3 & 9
Jeffrey M. Sponder, Esquire
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Email:  jeffrey.m.sponder@usdoj.gov

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| In re: | : Case No. 19-22241 (JNP) |
|  | : |
|  | : Chapter 11 |
| Shinder Pal and Jojinder Pal Kaur, | : |
|  | : The Honorable Jerrold N. Poslusny Jr. |
|  | : |
| Debtors. | : Hearing Date: |
|  | : |

**NOTICE OF MOTION BY THE UNITED STATES TRUSTEE UNDER 11 U.S.C. § 1112(b) FOR AN ORDER CONVERTING CASE TO CHAPTER 7 OR, IN THE ALTERNATIVE, DISMISSING CASE**

**TO:  ALL PERSONS ON ATTACHED CERTIFICATE OF SERVICE**

**PLEASE TAKE NOTICE** that the United States Trustee, by and through his counsel, shall move before the Honorable Jerrold N. Poslusny Jr., Judge of United States Bankruptcy Court for the District of New Jersey, on a time to be set by the Court, at the United States Bankruptcy Court, District of New Jersey, 400 Cooper Street, Camden, New Jersey, for an Order Converting or, in the Alternative, Dismissing the Case Pursuant to 11 U.S.C. §1112 (b) and for such other and further relief as this Court deems just and appropriate.

**PLEASE TAKE FURTHER NOTICE** that the United States Trustee shall rely upon the Memorandum of Law and Certification submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that the United States Trustee shall rely upon the Memorandum of Law and Certification submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that any papers in opposition to the Motion must be filed with the Court and served upon the United States Trustee as stated in the Order Shortening Time.

**PLEASE TAKE FURTHER NOTICE** that if opposing papers are not filed and served within the required time as stated in the Order Shortening Time unless oral argument may be presented at the hearing, the Motion shall be deemed uncontested pursuant to District of New Jersey Local Bankruptcy Rule 9013-3(d) and an Order converting or dismissing case may be signed and entered in the Court's discretion.

>ANDREW R. VARA
>UNITED STATES TRUSTEE
>REGIONS 3 & 9
>
> */s/ Jeffrey M. Sponder*
>Jeffrey M. Sponder
>Trial Attorney

DATED: June 3, 2020