UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  Shinder and Jojinder Pal

Case No.: 19-22241
Chapter: 7
Judge: Hon. JNP, Jr.

## NOTICE OF PROPOSED PRIVATE SALE

__Maureen P. Steady__, __Chapter 7 Trustee__, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk:
U.S. Bankruptcy Court
District of New Jersey
P.O. Box 2067
Camden, NJ 08101

If an objection is filed, a hearing will be held before the Honorable __Jerrold N. Poslusny, Jr.__ on __February 16, 2021__ at __11:00__ a.m. at the United States Bankruptcy Court, courtroom no. __4C__, 400 Cooper Street, 4th Floor, Camden, NJ 08101. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold:
Trustee's right, title and interest in and to the issued and outstanding equity securities of Pal Auto Dealership Inc. and Shinder Auto Repair & Medallion Mgmt., Inc. (the "Stock").

Proposed Purchaser:
Shinder Pal, Chapter 7 Debtor herein

Sale price: $25,500 paid as follows: cash in the aggregate amount of $12,500 and the Debtors propose to waive their exemption totaling $13,000.00 in consideration of the sale of the Stock, subject to higher and better offers.

☐ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

Name of Professional:

Amount to be paid:

Services rendered:

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Jeffrey Kurtzman, Esquire

Address: 2 Kings Highway West, Suite 102, Haddonfield, NJ 08033

Telephone No.: 215-839-1222    kurtzman@kurtzmansteady.com

*rev.8/1/15*